STATE OF MISSOURI, Respondent, v. JOHN W. KELLY, Appellant.

St. Louis Court of Appeals, February 13, 1900.

Appeal: INFORMATION: APPEAL DISMISSED, UNAUTHORIZED. This appeal on the authority of State v. Brown, 153 Mo. 578, recently decided by the supreme court, is dismissed, for the reason that no appeal lies from the judgment.

Appeal from the Greene Criminal Court.—*Hon. Chas. B. McAfee*, Judge.

APPEAL DISMISSED

The case is here by an appeal from a final judgment of conviction on an information filed by the prosecuting attorney of Greene county. On the authority of State v. Brown, 153 Mo. 578, we hold that no appeal lies from the judgment, and dismiss the appeal. All concur.